| | |
|---|---|
| 1 | JONATHAN MCNEIL WONG, #112224 |
|   |  (e-mail: *jonathan@donahue.com*) |
| 2 | DONAHUE GALLAGHER WOODS LLP |
|   | Attorneys at Law |
| 3 | 300 Lakeside Drive, Suite 1900 |
|   | Oakland, California  94612-3570 |
| 4 | <u>Mail</u>:   P.O. Box 12979 |
|   |           Oakland, California  94604-2979 |
| 5 | |
|   | Telephone:     (510) 451-0544 |
| 6 | Facsimile:       (510) 832-1486 |
| 7 | Attorneys for Defendant |
|   | MARK PARR, individually and doing business as |
| 8 | TRI VALLEY SWEEPING |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND, BUSINESS DEVELOPMENT FUND; and HEAVY AND HIGHWAY COMMITTEE, | CASE NO.  C 05 0591 SBA <br><br> **STIPULATION AND  ORDER RE: CONTINUATION OF CASE MANAGEMENT CONFERENCE** |
| | Plaintiffs, | |
| | v. | |
| | MARK PARR, individually and dong business as TRI VALLEY SWEEPING, | |
| | Defendant. | |

The parties to the above-referenced action, through their respective undersigned attorneys, hereby stipulate that the telephonic case management conference scheduled in this matter for January 26, 2006, shall be continued to a date to be determined by the court on any Friday except Friday, February 17, 2006.  This stipulation is based upon the unavailability of counsel for defendant, who has been seated as an alternate juror in a trial before the Honorable Stephen Dombrink in Department 19 of the Alameda County Superior Court, Case No. RG-03-104401. The trial began on January 17, 2006, and is expected to continue for twenty court days.  Juror appearance is required Monday through Thursday, with no juror appearance required on Fridays except for Friday, February 17, 2006.

IT IS SO STIPULATED.

Dated: January 20, 2006        DONAHUE GALLAGHER WOODS LLP

By:_____
   Jonathan McNeil Wong
   Attorneys for Defendant
   MARK PARR, individually and doing business as
   TRI VALLEY SWEEPING

Dated: January 20, 2006        STANTON, KAY & WATSON LLP

By:_____
   James P. Watson
   Attorneys for Plaintiff
   CROSTHWAITE ET AL

## **ORDER**

**IT IS HEREBY ORDERED** that pursuant to the foregoing Stipulation and the accompanying Declaration of Jonathan McNeil Wong, and good cause appearing therefor, the telephonic case management conference presently scheduled in this matter for January 26, 2006, is hereby CONTINUED TO <u>March 1, 2006 at 2:30 p.m.</u> The parties shall meet an confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510)637-3559 at the above indicated date and time.

Dated: 1/23/06

_____
United States District Judge

-2-