James P. Watson, SBN 046127
Anne Bevington, SBN 111320
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, 5th Floor
San Francisco, CA  94105-3612
Telephone:  (415) 512-3501
Facsimile:  (415) 512-3515

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the PENSION TRUST FUND FOR OPERATING ENGINEERS,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK PARR, individually and doing business as TRI VALLEY SWEEPING,<br><br>Defendants. | Case No.:  C 05-0591 SBA<br><br>STIPULATION TO EXTEND DISCOVERY CUT-OFF;<br>(PROPOSED) ORDER |

The parties hereto, desiring to obtain additional information to aid in their settlement negotiations, hereby stipulate and request that the Court's Order for Pretrial Preparation be amended to extend the discovery cut-off date to August 5, 2006.

DATED: June 23, 2006              STANTON, KAY & WATSON, LLP


                                  By _____
                                     Anne Bevington
                                     Attorneys for Plaintiffs

DATED: June ___, 2005             DONAHUE GALLAGHER WOODS LLP


                                  By _____
                                     Jonathan McNeil Wong
                                     Attorneys for Defendants

-1-
STIPULATION TO EXTEND DISCOVERY CUT-OFF; (PROPOSED) ORDER [CASE NO. C-05-0591 SBA]

1 | James P. Watson, SBN 046127
  | Anne Bevington, SBN 111320
2 | STANTON, KAY & WATSON, LLP
  | 101 New Montgomery Street, 5th Floor
3 | San Francisco, CA 94105-3612
  | Telephone: (415) 512-3501
4 | Facsimile: (415) 512-3515

5 | Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the PENSION TRUST FUND FOR OPERATING ENGINEERS,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK PARR, individually and doing business as TRI VALLEY SWEEPING,<br><br>Defendants. | Case No.: C 05-0591 SBA<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF;**<br>**(PROPOSED) ORDER** |

The parties hereto, desiring to obtain additional information to aid in their settlement negotiations, hereby stipulate and request that the Court's Order for Pretrial Preparation be amended to extend the discovery cut-off date to August 5, 2006.

DATED: June 23, 2006                    STANTON, KAY & WATSON, LLP


                                        By_____
                                              Anne Bevington
                                           Attorneys for Plaintiffs


DATED: June 28, 2005                    DONAHUE GALLAGHER WOODS LLP


                                        By_____
                                              Jonathan McNeil Wong
                                           Attorneys for Defendants

-1-
**STIPULATION TO EXTEND DISCOVERY CUT-OFF; (PROPOSED) ORDER [CASE NO. C-05-0591 SBA]**

-2-

1
2  **ORDER**

3  The Court's Order for Pretrial Preparation is hereby amended to extend the discovery cut-
4  off date to August 5, 2006.

5  IT IS SO ORDERED.

6  DATED: _____   _____
                                *Saundra B. Armstrong*
7                                SAUNDRA BROWN ARMSTRONG
                                UNITED STATES DISTRICT JUDGE
8
9
   F:\CASES\30\32.197 Parr\Pleadings\GENERAL\Stipulation to Extend Discovery Cutoff and Proposed Order.doc
10

-2-
STIPULATION TO EXTEND DISCOVERY CUT-OFF; (PROPOSED) ORDER [CASE NO. C-05-0591 SBA]