UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, in capacity as Trustee, et al.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>MARK PARR, individually and DBA Tri Valley Sweeping,<br><br>　　　　Defendant(s). | No. C05-0591 SBA (BZ)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

　　　　Pursuant to stipulation of the parties, **IT IS HEREBY ORDERED** that a settlement conference is scheduled for **Wednesday, January 31, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

　　　　By **January 26, 2007**, each side shall file a settlement conference statement updating the court on any significant events which have occurred since the last settlement conference and setting forth that party's current settlement position.

Dated: January 8, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

g/bzall/-bzcases/crosthwaite/croswaite.sett.conf.order.wpd

1