James P. Watson, SBN 046127
Anne Bevington, SBN 111320
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, 5th Floor
San Francisco, CA  94105-3612
Telephone:  (415) 512-3501
Facsimile:  (415) 512-3515
E-mail: AnneB@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the PENSION TRUST FUND FOR OPERATING ENGINEERS,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK PARR, individually and doing business as TRI VALLEY SWEEPING,<br><br>Defendants. | Case No.:  C 05-0591 BZ<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; (PROPOSED) ORDER**<br><br>**Trial Date: May 29, 2007** |

In light of the pending settlement of this action, the parties hereby stipulate that the settlement conference now scheduled for January 31, 2007, be continued for approximately 60 days to a date convenient to the Court.

DATED:  January 26, 2007              STANTON, KAY & WATSON, LLP


                                      By ___/s/ Anne Bevington_____
                                           Anne Bevington
                                      Attorneys for Plaintiffs

DATED:  January 26, 2007              DONAHUE GALLAGHER WOODS LLP


                                      By ___/s/ Jonathan McNeil Wong_____
                                           Jonathan McNeil Wong
                                      Attorneys for Defendants

-1-
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; (PROPOSED) ORDER [CASE NO. C-05-0591 BZ]

1  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

2  **ORDER**

3  The parties having stipulated, IT IS HEREBY ORDERED that the settlement conference

4  previously scheduled for January 31, 2007, is continued to  March 22  , 2007,

5  at  9:00  a.m./~~p.m.~~, in Courtroom G.

7  DATED:  January 29, 2007

                                                      */s/ Bernard Zimmerman*

8                                              HON. BERNARD ZIMMERMAN
                                            UNITED STATES MAGISTRATE JUDGE